# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEPHEN JOSHUA ZARATE,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | ✓No. 71470 |
| STEPHEN JOSHUA ZARATE,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 71471<br><br>**FILED**<br><br>JAN 18 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEALS*

These are pro se appeals from purported decisions denying a motion to modify sentence and a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

No decision, oral or written, had been made on the motion and petition when appellant filed his appeals on October 3, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-01859

cc: Hon. Valerie Adair, District Judge
Stephen Joshua Zarate
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk